COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| IN RE: | § | No. 08-17-00256-CV |
| | § | |
| BASIC ENERGY SERVICES L.P. | | ORIGINAL PROCEEDING |
| AND JEREMY NICHELSON, | § | |
| | | ON PETITION FOR WRIT OF |
| RELATORS, | § | |
| | | MANDAMUS |
| | § | |
| | § | |

# J U D G M E N T

The Court has considered this cause on the Relator's motion to dismiss the petition for writ of mandamus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso County, Texas, and concludes that Relator's motion to dismiss the petition for writ of mandamus should be granted. We therefore dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.